

CT Corporation  
Service of Process Notification  
08/21/2023  
CT Log Number 544549875

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL  
Walmart Inc.  
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200  
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Tennessee

**FOR:** Wal-Mart Stores East, LP  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: BURRAGE APRIL // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint |
| **COURT/AGENCY:** | Loudon County - Circuit Court, TN<br>Case # 2023CV78 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 0/22/2022, Wal-Mart Supercenter #741 located at 911 Highway 321 North, Lenoir City, TN |
| **PROCESS SERVED ON:** | C T Corporation System, Knoxville, TN |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/21/2023 at 09:55 |
| **JURISDICTION SERVED:** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | On or before 30 days after service |
| **ATTORNEY(S)/SENDER(S):** | Cameron Kuhlman<br>Wettermark & Keith, LLC<br>1232 Premier Drive, Suite 325<br>Chattanooga, TN 37421<br>423-933-1080 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/21/2023, Expected Purge Date: 08/31/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>300 Montvue RD<br>Knoxville, TN 37919<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



Page 1 of 2



disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Aug 21, 2023
**Server Name:** Drop Service

| Entity Served | WAL-MART STORES EAST, LP |
|---|---|
| Case Number | 2023CV78 |
| Jurisdiction | TN |

| Inserts | |
|---|---|
| | |



| | |
|---|---|
| APRIL BURRAGE,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>    Defendant. | Docket Number: 2023-CV-78<br><br>JURY TRIAL DEMANDED |

# SUMMONS

TIME ___1:45___ AM/**PM**

FILED

TO:

**WAL-MART STORES EAST, LP**
c/o C T Corporation System
300 Montvue Road
Knoxville, TN 37919

AUG 1 7 2023

STEVE HARRELSON
CIRCUIT COURT CLERK
_____ D.C.

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Loudon County, Circuit Court in the above styled case. Your defense to this complaint must be filed in the office of the Clerk of the Circuit Court, on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issues this __17__ day of __August__, 20__23__

| ~~Knox~~ County Circuit Court<br>Loudon | Circuit Court Clerk _Steve Harrelson_<br><br>By _Jabatha Laposse_<br>                   Deputy Circuit Court Clerk |

Attorneys for Plaintiff     Wettermark & Keith, LLC
                                  1232 Premier Drive, Suite 325
                                  Chattanooga TN 37421

Plaintiff's Address         Care of Attorney

Received this __21__ day of __August__, 20__23__

/S/ _____
Deputy Sheriff

IF YOU NEED ASSISTANCE OR
ACCOMODATIONS DUE TO A
DISABILITY / HANDICAP, PLEASE
CALL: AMERICAN DISABILITIES
COORDINATOR AT (865) 458-4850

# State of Tennessee,
County of _____

I, _____, Clerk of the Circuit Court, in and for the State and County aforesaid, herby certify that the within and foregoing is a true and correct copy of the original writ of summons issues in this case.

Circuit Court Clerk

By:_____ D.C.

## OFFICER'S RETURN

I certify that I served this summons together with the complaint as follows:

☐ On, _____, 20_____, I delivered a copy of the summons and complaint to the defendant,
_____
_____

☐ Failed to serve this summons within 90 days after issuance because:
_____

_____
Deputy Sheriff

## CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____, 20_____.

_____
Defendant

Circuit Court Clerk
By:_____ D.C

## Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgement should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel; family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.



CT Corporation
Service of Process Notification
08/24/2023
CT Log Number 544583230

# Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Tennessee

**FOR:** Wal-Mart Stores East, LP  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: BURRAGE APRIL // To: Wal-Mart Stores East, LP |
| DOCUMENT(S) SERVED: | Summons, Return, Complaint, Attachment(s) |
| COURT/AGENCY: | Loudon County - Circuit Court, TN<br>Case # 2023CV78 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - 08/22/2022, Wal-Mart Supercenter #741 located at 911 Highway 321 North, Lenoir City, TN |
| PROCESS SERVED ON: | C T Corporation System, Knoxville, TN |
| DATE/METHOD OF SERVICE: | By Process Server on 08/24/2023 at 10:01 |
| JURISDICTION SERVED: | Tennessee |
| APPEARANCE OR ANSWER DUE: | On or before 30 days after service |
| ATTORNEY(S)/SENDER(S): | Cameron Kuhlman<br>Wettermark & Keith, LLC<br>1232 Premier Drive, Suite 325<br>Chattanooga, TN 37421<br>423-933-1080 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 08/24/2023, Expected Purge Date: 09/03/2023<br><br>Image SOP |
| REGISTERED AGENT CONTACT: | C T Corporation System<br>300 Montvue RD<br>Knoxville, TN 37919<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

DOCKET HISTORY:

| DOCUMENT(S) SERVED | DATE/METHOD OF SERVICE | TO | LOG NUMBER |
|---|---|---|---|
| Summons, Return, Complaint | By Process Server on 08/21/2023 at 09:55 | KIM LUNDY- EMAIL<br>Walmart Inc. | 544549875 |



**CT Corporation**
**Service of Process Notification**
08/24/2023
CT Log Number 544583230

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Aug 24, 2023
**Server Name:** Drop Service

| Entity Served | WAL-MART STORES EAST, LP |
|---|---|
| Case Number | 2023CV78 |
| Jurisdiction | TN |

| Inserts | |
|---|---|
| | |



# IN THE CIRCUIT COURT FOR LOUDON COUNTY, TENNESSEE

APRIL BURRAGE,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

Docket Number: 2023-CV-78

JURY TRIAL DEMANDED

## SUMMONS

TIME 1:45 PM
FILED
AUG 17 2023
STEVE HARRELSON
CIRCUIT COURT CLERK
_____ D.C.

TO:
**WAL-MART STORES EAST, LP**
c/o C T Corporation System
300 Montvue Road
Knoxville, TN 37919

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Loudon County, Circuit Court in the above styled case. Your defense to this complaint must be filed in the office of the Clerk of the Circuit Court, on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issues this **17** day of **August**, 20**23**.

| ~~Knox~~ County Circuit Court<br>Loudon | Circuit Court Clerk  Steve Harrelson <br><br>By  Jabatha Laposse <br>**Deputy Circuit Court Clerk** |
|---|---|

Attorneys for Plaintiff     Wettermark & Keith, LLC
                                      1232 Premier Drive, Suite 325
                                      Chattanooga TN 37421

Plaintiff's Address        Care of Attorney

Received this _____ day of _____, 20_____

/S/ _____
                                      Deputy Sheriff

IF YOU NEED ASSISTANCE OR ACCOMODATIONS DUE TO A DISABILITY / HANDICAP, PLEASE CALL : AMERICAN DISABILITIES COORDINATOR AT (865) 458-4850

# State of Tennessee,
County of _____

I, _____, Clerk of the Circuit Court, in and for the State and County aforesaid, herby certify that the within and foregoing is a true and correct copy of the original writ of summons issues in this case.

Circuit Court Clerk

By:_____ D.C.

# OFFICER'S RETURN

I certify that I served this summons together with the complaint as follows:

☐ On, _____, 20_____, I delivered a copy of the summons and complaint to the defendant,
_____
_____

☐ Failed to serve this summons within 90 days after issuance because:
_____

_____
Deputy Sheriff

# CLERK'S RETURN

I hereby acknowledge and accept service of the within summons and receive copy of same, this _____ day of _____, 20_____.

_____
Defendant

Circuit Court Clerk
By:_____ D.C

## Notice to Defendant(s)

Tennessee law provides a ten thousand ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgement should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel; family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.