IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| APRIL BURRAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 3:23-cv-333 |
| | ) JURY DEMAND |
| WAL-MART STORES EAST, L.P., | ) |
| | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Defendant, certify to the best of my knowledge and belief that Wal-Mart Stores East, LP, has no corporate interest to be certified under Fed. R. Civ. P. Rule 7.1.

Wal-Mart Stores East, LP is a Delaware limited partnership. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC fka Wal-Mart Stores East, Inc.,[1] an Arkansas limited liability company. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation. There are no other owners of Wal-Mart Stores East, LLC. Walmart Inc. is and was at the times plaintiff's complaint was filed and this matter being removed to this Court a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

---

[1] Wal-Mart Stores East, Inc. was converted to an Arkansas limited liability company on January 25, 2011

    */s/ G. Andrew Rowlett*
G. Andrew Rowlett, No. 16277
HOWELL & FISHER, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
#615/244-3370
arowlett@howell-fisher.com
Attorney for defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Court and was served via U.S. Mail and e-mail upon:

Cameron Kuhlman, Esq.
Nathan Evans, Esq.
WETTERMARK & KEITH, LLC
1232 Premier Drive, Suite 325
Chattanooga, TN 37421
ckuhlman@wkfirm.com
nevans@wkfirm.com

this the 14th day of September, 2023.

    */s/ G. Andrew Rowlett*